# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Rene Alfaro Villarreal

            **V.**                        **JUDGMENT IN A CIVIL CASE**

US Dept. Of Homeland Security

                            **CASE NUMBER:**    07CV1715-JAH(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is denied in its entirety.

| April 22, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON April 22, 2008 |

07CV1715-JAH(POR)